IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES LOOS, CATHERINE LOOS, )<br>)<br>)<br>Defendant. ) | Civil Action No. 05-355<br>Judge Conti<br>Magistrate Judge Caiazza |

### ORDER

At the request of counsel, IT IS HEREBY ORDERED that the Mediation Conference scheduled for September 20, 2005, is now rescheduled for **October 19, 2005 at 9:00 a.m.** in Room 301, United States Post Office and Courthouse, Pittsburgh, Pennsylvania, before the undesigned.

September 13, 2005                       s/Francis X. Caiazza
                                         Francis X. Caiazza
                                         U.S. Magistrate Judge


cc:
Hon. Joy Flowers Conti

William A. Rubert, Esq.
Campbell, Campbell, Edwards & Conroy
690 Lee Road
Suite 300
Wayne, PA 19087

Damon J. Faldowski
Phillips & Faldowski
29 East Beau Street
Washington, PA 15301